IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            Civ. No. 98-560 MV/WWD

ANTHONY CHENG,

      Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant's Motion to Vacate Initial Scheduling Order and to Postpone Dates and Deadlines Set Therein filed September 18, 1998 [docket no. 15]. The motion should be granted; however, I am unwilling to postpone the initial proceedings in this cause indefinitely. On <u>MONDAY, DECEMBER 14, 1998, AT 11:00 A.M.</u>, a telephone conference call is set to ascertain the status of the case and to determine whether a scheduling order should then be entered.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE